**Electronically Filed
Supreme Court
SCWC-29951
21-SEP-2012
02:18 PM**

SCWC-29951

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————————

JASON KELLY ANDREWS, Petitioner/Defendant-Appellant,

vs.

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee.

———————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29951; S.P.P. NO. 08-1-004K; CR. NO.03-1-279K)

ORDER
(By: Recktenwald, C.J., Nakayama, and McKenna, JJ.,
with Acoba and Pollack, JJ., concurring in the result)

Upon consideration of Petitioner/Defendant-Appellant

Jason Kelly Andrews's motion for reconsideration of order

dismissing application for writ of certiorari, filed on September

11, 2012, and the records and files herein, our rules do not

allow for reconsideration of the acceptance or rejection of an

application for certiorari.  Hawaiʻi Rules of Appellate Procedure

Rule 40.1(h).  Therefore,

IT IS HEREBY ORDERED that the motion for reconsideration of order dismissing application for writ of certiorari is denied.

DATED: Honolulu, Hawaiʻi, September 21, 2012.

| | |
|---|---|
| Jason K. Andrews, petitioner, pro se | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| Lisa M. Itomura, Diane K. Taira Deputy Attorneys General | /s/ Simeon R. Acoba, Jr. |
| and | /s/ Sabrina S. McKenna |
| Jason R. Kwiat Deputy Prosecuting Attorney for respondent | /s/ Richard W. Pollack |

